USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/26/2019_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM H. TIRKOT, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,

    Plaintiff,

-against-

CAVALRY SPV I, LLC, CAVALRY PORTFOLIO SERVICES, LLC, and JOHN DOE 1-10,

    Defendants.

19 Civ. 10456 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On November 18, 2019, Defendants submitted a request for a pre-motion conference arguing that Plaintiff's dispute is subject to binding arbitration. ECF No. 8. It is hereby ORDERED that Plaintiff shall file a letter response, not to exceed four pages, by **December 3, 2019**.

SO ORDERED.

Dated: November 26, 2019
      New York, New York

_____
ANALISA TORRES
United States District Judge