UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM H. TIRKOT, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,

          Plaintiff,

-against-

CAVALRY SPV I, LLC, CAVALRY PORTFOLIO SERVICES, LLC, and JOHN DOE 1-10,

          Defendants.

19 Civ. 10456 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Having reviewed the parties' letters dated November 18 and December 3, 2019, ECF Nos. 8 and 10, it is hereby ORDERED that:

1. By **December 27, 2019**, Defendants Cavalry SPV I, LLC, and Cavalry Portfolio Services, LLC, shall file their motion to compel arbitration;
2. By **January 17, 2020**, Plaintiff shall file his opposition; and
3. By **January 31, 2020**, Defendants shall file their reply, if any.

SO ORDERED.

Dated: December 6, 2019
       New York, New York

                                              ANALISA TORRES
                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/2019